```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 05 B 08845
    CALVIN   NMN AKINS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3464

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/11/2005 and was confirmed 05/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 07/11/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES SECURED NOT I   18375.00            .00            .00
DRIVE FINANCIAL SERVICES UNSECURED        2918.14            .00        2918.14
CITY OF CHICAGO PARKING  SPECIAL CLASS    6095.00            .00        6095.00
ENCIRCLE COLLECTIONS     UNSECURED       NOT FILED           .00            .00
AUTO TITLE LENDERS INC   UNSECURED        3391.24            .00        3391.24
ARONSON FURNITURE        SECURED NOT I     352.00            .00            .00
ARONSON FURNITURE        FILED LATE         78.05            .00            .00
ERNESTO D BORGES JR      DEBTOR ATTY     2,700.00                       2,700.00
TOM VAUGHN               TRUSTEE                                          800.53
DEBTOR REFUND            REFUND                                           568.82

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 16,473.73

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                      12,404.38
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                              800.53
DEBTOR REFUND                                     568.82
                      --------------        --------------
TOTALS                  16,473.73              16,473.73
```

          PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 08845 CALVIN  NMN AKINS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/28/08                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```